UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI SANA KABISA YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN K. BROADAUS, *et al.*,<br><br>    Defendants. | No.  1:20-cv-00539-NONE-JDP<br><br>ORDER DISMISSING THIS CASE |

Plaintiff Zuri Sana Kabisa Young ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2020, plaintiff was ordered to pay the filing fee in full or his case would be dismissed. (Doc. No. 21.)  Plaintiff has failed to comply with the court order to pay his filing fee.

Accordingly, IT IS ORDERED that:

1. This case is DISMISSED; and
2. The clerk is directed to assign this case to a district judge for the purposes of closing this case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **October 13, 2020**

UNITED STATES DISTRICT JUDGE

1